REBECCA S. PARR (6228)
Assistant Utah Attorney General
160 East 300 South, Sixth Floor
PO Box 140856
Salt Lake City, UT 84114-0856
Telephone: (801) 366-0100
Attorney for Constance Hughes

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| DONALD L. RIVERA, an individual; DAN TRUJILLO, an individual; and JENNY ARCHULETA, an individual, JESSE BOWMAN, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> SALT LAKE COMMUNITY COLLEGE, a higher education institution and political subdivision of the STATE OF UTAH; REED STRINGHAM, III, an individual; and CONSTANCE HUGHES, an individual, and COLLEGIS, INC., a Delaware Corporation, <br><br> Defendants. | **CONSTANCE HUGHES' MOTION FOR RULE 54(b) CERTIFICATION** <br><br><br><br><br> Case No.  2:03 CV 00764DB <br> (Lead Case) <br> Judge: DEE BENSON |

Defendant Constance Hughes, by and through counsel, Rebecca S. Parr, Assistant Utah

Attorney General, moves this Court, pursuant to Rule 54(b) of the Federal Rules of Civil

Procedure, to find that there is no just reason for delay of the entry of final judgment and to enter final judgment against the plaintiffs Rivera, Trujillo, Archuleta and Bowman in this matter. [1]

The grounds for this motion are 1) on June 8, 2005, the Court granted the *Motion to Dismiss Defendant Constance Hughes* (docket no. 18) (joined in *Defendant Reed Stringham's Motion to Dismiss*, docket no. 16); 2) only claims against Defendant Salt Lake Community College and other individual defendants remain in the consolidated cases; 3) a Rule 54(b) certification will produce finality as to Ms. Hughes; and 4) a Rule 54(b) certification will ease appellate review, if necessary.

This motion is supported by the accompanying *Memorandum In Support of Constance Hughes' Motion for Rule 54(b) Certification*, and a proposed *Rule 54(b) Judgement in Favor of Constance Hughes*.

DATED this 13ᵗʰ day of February, 2008.

   /s/ Rebecca S. Parr
REBECCA S. PARR
Assistant Attorney General
Attorney for Defendant Constance Hughes

---

[1] Judge Cassell previously granted Ms. Hughes' motion for Rule 54(b) certification and entered judgment in <u>Johnson v. Salt Lake Community College, et al.</u>, Civil No. 2:03-cv-1050PGC (docket no. 47).

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2008, I electronically filed the foregoing **CONSTANCE HUGHES' MOTION FOR RULE 54(b) CERTIFICATION** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Frank D. Mylar
MYLAR LAW, P.C.
*Attorney for Plaintiffs Donald L. Rivera and*
       *Dan Trujillo*
mylar-law@comcast.net

Bennett L. Epstein
FOLEY & LARDNER
*Attorney for Collegis*
bepstein@foley.com,
       dmoore@foley.com

Ryan M. Harris
JONES WALDO HOLBROOK & MCDONOUGH
*Attorney for Collegis*
rharris@joneswaldo.com

Jason R. Bent
FOLEY & LARDNER
*Attorney for Collegis*
jbent@foley.com

Kirsten K. Sparks
ARROW LEGAL SOLUTIONS
*Attorney for Jesse Bowman*
kirsten@dr-law.net, kirsten_sparks@hotmail.com

David W. Brown
*Attorney for Clyde W. Johnson, Jr.*
lwfirmdwb@hotmail.com

Anne E. Mortensen
Assistant Utah Attorney General
*Attorney for Craig Gardner*
amortensen@utah.gov

Timothy D. Evans
Assistant Utah Attorney General
*Attorney for Larry Maughn*
tevans@utah.gov

**and by U.S. mail, postage prepaid, first class, to the following:**

Robert Joseph
1156 Lost Eden Drive
Sandy, UT 84090

/s/    Yvonne Schenk

3