REBECCA S. PARR (6228)
Assistant Utah Attorney General
160 East 300 South, Sixth Floor
PO Box 140856
Salt Lake City, UT 84114-0856
Telephone: (801) 366-0100
Attorney for Constance Hughes

FILED
U.S. DISTRICT COURT

2008 MAR -3  P 2: 24

DISTRICT OF UTAH

BY:_____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| DONALD L. RIVERA, an individual; DAN TRUJILLO, an individual; and JENNY ARCHULETA, an individual, JESSE BOWMAN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SALT LAKE COMMUNITY COLLEGE, a higher education institution and political subdivision of the STATE OF UTAH; REED STRINGHAM, III, an individual; and CONSTANCE HUGHES, an individual, and COLLEGIS, INC., a Delaware Corporation,<br><br>Defendants. | **RULE 54(b) JUDGMENT IN FAVOR OF CONSTANCE HUGHES**<br><br><br>Case No.  2:03 CV 00764DB<br>(Lead Case)<br>Judge: DEE BENSON |

On June 8, 2005, this Court entered its order dismissing all of the Plaintiffs' claims against Ms. Hughes (docket no. 33 ).[1]

The order disposed of all claims against Ms. Hughes. Pursuant to Fed. R. Civ. P. 54(b), this Court expressly finds that there is no just reason for delay of the entry of a final judgment dismissing the Plaintiffs' claims against Ms. Hughes. The Court directs that judgment be entered

in favor of Ms. Hughes and against the plaintiffs in these consolidated cases.

SO ORDERED this 3rd day of March, 2008.

*Dee Benson*
DEE BENSON
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2008, I electronically filed the foregoing **RULE 54(b) JUDGMENT IN FAVOR OF CONSTANCE HUGHES** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

Frank D. Mylar
mylar law, p.c.
*Attorney for Plaintiffs Donald L. Rivera and Dan Trujillo*
mylar-law@comcast.net

Ryan M. Harris
jones waldo holbrook & mcdonough
*Attorney for Collegis*
rharris@joneswaldo.com

Kirsten K. Sparks
arrow legal solutions
*Attorney for Jesse Bowman*
kirsten@dr-law.net, kirsten_sparks@hotmail.com

Timothy D. Evans
Assistant Utah Attorney General
*Attorney for Larry Maughn*
tevans@utah.gov

Bennett L. Epstein
Foley & lardner
*Attorney for Collegis*
bepstein@foley.com,
dmoore@foley.com

Jason R. Bent
foley & lardner
*Attorney for Collegis*
jbent@foley.com

David W. Brown
*Attorney for Clyde W. Johnson, Jr.*
lwfirmdwb@hotmail.com

Anne E. Mortensen
Assistant Utah Attorney General
*Attorney for Craig Gardner*
amortensen@utah.gov

**and by U.S. mail, postage prepaid, first class, to the following:**

Robert Joseph
1156 Lost Eden Drive
Sandy, UT 84090

/s/   Yvonne Schenk

[1] Final 54(b) Judgment has already been entered in favor of Ms. Hughes in <u>Johnson v. Salt Lake Community College, et al.</u>, case 2:03-cv-1050 PGC.